**LAW OFFICES OF PETER W. TILL**
105 Morris Avenue, Suite 201
Springfield, New Jersey 07081
(973)258-0064 (telephone)
(973)258-0478 (fax)
tilllaw@aol.com (e-mail)
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERCA, | : | |
| Plaintiff, | : | CRIMINAL NO.: 09-cr-754(KSH) |
| -vs- | : | |
| WILLIAM C. MURPHY, | : | **ORDER** |
| Defendant. | : | |

**THIS MATTER** having come before the Court on the application of the Defendant for leave of the United States District Court for the District of New Jersey for "Recommendation" to the United States Court of Appeals for the CJA Appointment of Peter W. Till, Esq. of The Law Offices of Peter W. Till as counsel for the Defendant in the above matter, and the Court having considered the submissions and arguments of counsel, and good cause having been shown; it is hereby

**ORDERED** that "Recommendation" is hereby given to the United States Court of Appeals for the CJA Appointment of Peter W. Till, Esq., of The Law Offices of Peter W. Till, 105 Morris Avenue, Suite 201, Springfield, New Jersey 07081, on behalf of the Defendant in the above captioned matter; and it is further

**ORDERED** that a copy of the within Order be served upon all parties within ___3___ days of the date hereof.

Katharine S. Hayden, USDJ
8/4/10